HIGGINBOTHAM *v.* HANKS.

BECK, P. J, 1. Under the evidence in the case the court did not err in refusing an interlocutory injunction.

2. No error appears in the rulings made by the court pending the hearing.
*Judgment affirmed.* *All the Justices concur, except Atkinson, J., absent.*
No. 1310.    NOVEMBER 15, 1919.

Petition for injunction. Before Judge Highsmith. Camden superior court. January 15, 1919.

*Emmett McElreath* and *Cowart & Vocelle,* for plaintiff.

*S. C. Townsend,* for defendant.